LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY
BY: Edward T. Finch, Esquire
Identification No. 83692
510 Walnut Street, Suite 1000
Philadelphia, PA 19106
(215) 627-0303

| | |
|---|---|
| BARBARA J. HARRY, Executrix of the Estate of ROBERT L. HARRY, BARBARA J. HARRY, as surviving spouse | COURT OF COMMON PLEAS NORTHAMPTON COUNTY |
| V. | NO. C0048AB2002000237 |
| AC&S, INC., ET AL. | |

## PRAECIPE TO FILE NOTICE OF REMOVAL

**TO THE PROTHONOTARY:**

Kindly file the attached Notice of Removal in the above-captioned matter.

Respectfully submitted,

LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY

BY: _____
Edward T. Finch, Esquire
Attorney for Defendants,
Ford Motor Company and
General Motors Corporation



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARBARA J. HARRY, Executrix of the Estate of
ROBERT L. HARRY, BARBARA J. HARRY, as
surviving spouse

CASE NO. 02cv2976

V.

FORD MOTOR COMPANY
GENERAL MOTORS CORPORATION
FEDERAL-MOGUL GLOBAL, INC.

## NOTICE OF REMOVAL

Defendants Ford Motor Company and General Motors Corporation (the "automobile manufacturers") hereby give notice of the removal to the United States District Court for the Eastern District of Pennsylvania of the claims which have been asserted against them in the action captioned Barbara J. Harry, Executrix of the Estate of Robert L. Harry, Barbara J. Harry, as surviving spouse v. AC&S, Inc., et al. now pending in the Court of Common Pleas of Northampton County, at No. C0048AB2002000237. This Notice of Removal is filed pursuant to 28 U.S.C. § 1452(a), and as grounds for removal the automobile manufacturers state the following:

1. The action of which the removed claims are a part was commenced in the Court of Common Pleas of Northampton County.

2. The removed claims are those for personal injury or wrongful death asserted against the automobile manufacturers on the basis of alleged exposure to certain of their asbestos-containing products, including brakes and other automotive parts, manufactured for the automobile

manufacturers by Federal-Mogul Global, Inc., or companies that it purchased, one or more of which is a co-defendant of the automobile manufacturers.

3. On October 1, 2001 Federal-Mogul Global, Inc. filed a voluntary petition for protection under Chapter 11 of the United States Bankruptcy Code, commencing bankruptcy case number 01-10578 (the "Federal-Mogul Bankruptcy Case") currently pending in the United States Bankruptcy Court for the District of Delaware.

4. The removed claims may be removed to this Court pursuant to 28 U.S.C. § 1452(a): (i) the removed claims are asserted in a civil action not exempt from removal; and (ii) the Court has jurisdiction of the removed claims under 28 U.S.C. § 1334. All claims asserted against the Removing Defendants are related to the Federal-Mogul Bankruptcy Case, and the continued prosecution, outcome at trial or other resolution of the claims will have an effect on the administration of the Federal-Mogul Bankruptcy Case.

5. Removal to this Court is timely pursuant to Federal Rule of Bankruptcy Procedure 9027(a)(3) in that the Federal-Mogul Bankruptcy Case was pending when the removed claims were asserted on or after October 1, 2001 and in that this notice has been filed within 30 days of receipt by one or all of the automobile manufacturers of a copy of the initial pleading setting forth the removed claims.

6. Upon removal, the proceedings with respect to the removed claims are non-core. The automobile manufacturers do not consent to entry of a final order or judgment by the bankruptcy judge to the extent the bankruptcy court is authorized to hear or determine such claims consistent with 28 U.S.C. § 157(b)(5).

7.  The purpose of removal is to facilitate transfer of the removed claims to the United States District Court for the District of Delaware, the district court presiding over the Federal-Mogul Bankruptcy Case, to resolve on a consolidated basis the common threshold scientific issues concerning whether brakes and other automotive parts cause disease. *See, e.g., In re Dow Corning Corp.*, 1995 W.L. 495978, at *2 (Bankr. E.D. Mich. Aug. 9, 1995) (personal injury tort claims transferred to bankruptcy court pursuant to 28 U.S.C. § 157(b)(5) to resolve threshold scientific issues concerning whether silicone breast implants caused disease after removal to federal court pursuant to 28 U.S.C. § 1452(a)).

8.  On November 20, 2001, the automobile manufacturers filed in the Federal-Mogul Bankruptcy Case a motion pursuant to 28 U.S.C. § 157(b)(5) to transfer this and all other claims related to brakes and automotive parts for consolidated resolution of the threshold scientific issues concerning whether brakes and other automotive parts cause disease.

9.  On December 10, 2001 the Honorable Alfred M. Wolin issued the attached Order provisionally transferring pursuant to 28 U.S.C. § 157(b)(5) the claims asserted against the automobile manufacturers to the United States District Court for the District of Delaware.

10. On January 3, 2002, Judge Wolin issued a letter opinion and order reiterating that all asbestos friction claims against the automobile manufacturers pending in federal courts as of December 10 had been transferred, and ordering any claims removed after December 10 transferred as well. A copy of the Order and Opinion are attached to this Notice.

11. On February 8, 2002, the Honorable Alfred M. Wolin denied the "Motions to Transfer the 'Friction Claims'" and simultaneously remanded the friction products claims. Attached hereto is a copy of said Order.

3

12. However, on February 11, 2002, the United States Court of Appeals for the Third Circuit granted a Temporary Stay of Judge Wolin's February 8, 2002 Court Order so that the matter could be considered by a three-judge panel of that court. Attached hereto is a copy of said Order.

13. The Removing Defendants file this Notice of Removal to adequately protect the interests of Removing Defendants and to facilitate transfer of these claims to the United States District Court for the District of Delaware pursuant to Judge Wolin's provisional transfer order.

14. The automobile manufacturers will comply with 28 U.S.C. § 1446(d) by promptly giving notice of the filing of this Notice of Removal to all adverse parties to the action pending in the state court and filing a copy of this Notice of Removal with the prothonotary of the Court of Common Pleas of Northampton County.

        Respectfully submitted,

        LAVIN, COLEMAN, O'NEIL, RICCI,
        FINARELLI & GRAY

        BY: _____
        Edward T. Finch, Esquire
        Attorney for Defendants,
        Ford Motor Company and
        General Motors Corporation

## CERTIFICATE OF SERVICE

I, Edward T. Finch, Esquire, hereby certify that pursuant to 28 U.S.C. § 1446(d) written notice of the removal of this action will be promptly given to all adverse parties and a copy of the Notice of Removal will be filed with the Court of Common Pleas.

_____
Edward T. Finch, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

BARBARA J. HARRY, Executrix for the Estate of
ROBERT L. HARRY, BARBARA J. HARRY, as
surviving spouse

CASE NO.

V.

FORD MOTOR COMPANY
GENERAL MOTORS CORPORATION
FEDERAL-MOGUL GLOBAL, INC.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See §1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2441 through §2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 8. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( X )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. ( )

May 17, 2002
(Date)

Attorney-at-law
Edward T. Finch, Esquire
Attorney For
Ford Motor Company and General Motors Corporation

(Civ. 660)
12/91

JS44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose if initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
Barbara J. Harry, Executrix for the Estate of Robert L. Harry,
Barbara J. Harry, as surviving spouse

**DEFENDANTS**
SEE ATTACHED

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
George A. Weber, III, Esquire
Law Offices of Peter G. Angelos, P.C.
60 W. Broad Street - Suite 200
Bethlehem, PA 18018
(610) 866-3333

**ATTORNEYS (IF KNOWN)**
Lavin, Coleman, O'Neil, Ricci, Finarelli & Gray
Penn Mutual Tower
510 Walnut Street - Suite 1000
Philadelphia, PA 19106
(215) 627-0303

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)
(PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
Action for personal injury for asbestos exposure against Federal-Mogul Global, Inc., or companies it purchased and removing defendants, removed pursuant to 28 U.S.C. § 1452(a).

**[Nature of Suit checkboxes — 368 Asbestos Personal Injury Product Liability marked]**

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)
☒ 2 Removed from State Court

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
**DEMAND $** Not Specified
**JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____  DOCKET NUMBER 01-CV-5981

DATE: May 17, 2002
SIGNATURE OF ATTORNEY OF RECORD: Edward T. Finch, Esquire

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**Defendants (Names and Addresses):**

Ford Motor Company
Parklane Towers West
Suite 1500
Three Parklane Boulevard
Dearborn, MI 48126-2568

General Motors Corporation
400 Renaissance Center
P.O. Box 400
Detroit, MI 48265-4000


Federal-Mogul Global, Inc., individually and/or as parent company, successor in interest, or indemnitor to or of:

    Fel-Pro, Inc.,

    Ferodo America, Inc.,

    Gasket Holdings, Inc., formerly known as Flexitallic Gasket Company,

    Moog Automotive Inc., formerly known as Wagner Electric Corporation,

    Pneumo Abex Corp., or

    T&N plc.

2655 Northwestern Highway
Southfield, MI 48034

IN THE COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY, PENNSYLVANIA

CIVIL DIVISION - ASBESTOS

| | | |
|---|---|---|
| Barbara J. Harry, Executrix for the<br>Estate of Robert L. Harry,<br>Barbara J. Harry, as surviving spouse,<br>440 W. Washington Street<br>Slatington, Pa. 18080 | * * * * * * | No. C0048AB2002000 |
| Plaintiffs, | * * | |
| vs. | * * * | |
| ACandS, Inc.<br>120 N. Lime Street<br>Lancaster, Pennsylvania 17602 | * * * * | |
| and | * * | |
| Allied Signal, Inc.<br>c/o CT Corporation Systems<br>1515 Market Street, Suite 1210<br>Philadelphia, PA 19102 | * * * * * | |
| and | * * | |
| Amchem Products, Inc.<br>c/o C.T. Corporation System<br>1515 Market Street, Suite 1210<br>Philadelphia, PA 19102 | * * * * * | |
| and | * * | |
| A.W. Chesterton Company<br>c/o C.T. Corporation System<br>1515 Market Street, Suite 1210<br>Philadelphia, PA 19102 | * * * * * | |
| and | * | |

BF Goodrich Company						*
c/o CT Corporation Systems					*
1515 Market Street, Suite 1210					*
Philadelphia, PA 19102						*
								*
		and						*
								*
Viacom, Inc., Successor by merger to				*
CBS Corporation							*
f/k/a Westinghouse Electric Corp.				*
c/o Asbestos Litigation Support Manager				*
Eckert, Seamans, Cherin & Mellott, LLC				*
Case Management and Technology Center				*
Gulf Tower, 5th Floor						*
707 Grant Street						*
Pittsburgh, PA 15222						*
								*
		and						*
								*
Clayton Dubilier & Rice						*
c/o The Corporation Trust Company				*
1209 Orange Street						*
Wilmington, DE 19801						*
								*
		and						*
								*
Cooper Industries						*
c/o C.T. Corporation System					*
1515 Market Street, Suite 1210					*
Philadelphia, PA 19102						*
								*
		and						*
								*
Crown, Cork & Seal Company, Inc.				*
1 Crown Way							*
Philadelphia, PA 19104						*
								*
		and						*
								*
Fairmont Supply Company						*
f/k/a Montfair Industrial Supplies Company			*
f/k/a Fairmont Machinery Company,				*
437 Jefferson Avenue						*
[illegible]							*
								*

and

Ferro Engineering
A Division of Oglebay Norton Co.
1100 Superior Avenue
Cleveland, Ohio 44114

and

The Flintkote Co.
Three Embarcadero Center; Suite 1190
San Francisco, CA. 94111-4047

and

Ford Motor Company
c/o CT Corporation Systems
1515 Market Street, Suite 1210
Philadelphia, PA 19102

and

Foseco, Inc.
c/o C.T. Corporation System
1515 Market Street, Suite 1210
Philadelphia, PA 19102

and

Foster-Wheeler Corporation
Perryville Corporate Park
Clinton, N.J. 08809-4000

and

General Electric Company
c/o C.T. Corporation System
1515 Market Street, Suite 1210
Philadelphia, Pa. 19102

and

| | |
|---|---|
| General Refractories Company<br>225 City Line Ave.<br>Suite 114<br>Bala Cynwyd, PA 19904 | *<br>*<br>*<br>*<br>* |
| and | * |
| General Motors Corporation<br>c/o C.T. Corporation Systems<br>1515 Market Street, Suite 1210<br>Philadelphia, PA 19102 | *<br>*<br>*<br>*<br>* |
| and | * |
| The Goodyear Tire & Rubber Company<br>c/o C.T. Corporation System<br>1515 Market Street, Suite 1210<br>Philadelphia, PA 19102 | *<br>*<br>*<br>*<br>* |
| and | * |
| Halliburton Technical Services, Inc.<br>c/o CT Corporation System<br>1515 Market Street, Suite 1210<br>Philadelphia, Pa. 19102 | *<br>*<br>*<br>*<br>* |
| and | * |
| Hercules Chemical Company, Inc.<br>c/o Leonard A. Ruvolo<br>111 South Street<br>Passaic, NJ 07055 | *<br>*<br>*<br>*<br>* |
| and | * |
| John Crane, Inc.<br>f/k/a Crane Packing Company<br>6400 Oakton Street<br>Morton Grove, IL 60053 | *<br>*<br>*<br>*<br>* |
| and | * |

Lac d'Amiante du Quebec, Ltee  \*
a/k/a Lake Asbestos of Quebec, Ltd.  \*
a/k/a LAB Chrysolite, Ltd.  \*
a/k/a ASARCO  \*
156 W. 56th Street, #1902  \*
New York, NY 10019  \*
 \*
    and  \*
 \*
Mallinckrodt, Inc.  \*
675 McDonnell Boulevard  \*
St. Louis, MO 63134  \*
 \*
    and  \*
 \*
Pfizer, Inc.  \*
235 East 42nd Street  \*
New York, NY 10017  \*
 \*
    and  \*
 \*
Pneumo Abex Corporation  \*
f/k/a Abex Corporation  \*
c/o Prentice Hall Corporation System, Inc.  \*
319 Market Street  \*
Harrisburg, PA 17101  \*
 \*
    and  \*
 \*
Premier Refractories, Inc.  \*
f/k/a J.H. France Refractories Co.  \*
c/o C.T. Corporation System  \*
1515 Market Street, Suite 1210  \*
Philadelphia, PA 19102  \*
 \*
    and  \*
 \*
Quigley Co., Inc.  \*
subsidiary of Pfizer, Inc.  \*
235 E. 42nd Street  \*
New York, NY 10017  \*
 \*
    and  \*

| | |
|---|---|
| Rapid American Corporation<br>C/O Prentice Hall Corp System<br>2704 Commerce Drive, Suite B<br>Harrisburg, PA 17110 | *<br>*<br>*<br>*<br>* |
| and | *<br>* |
| Rockbestos Co.<br>f/k/a The Rockbestos Wire &<br>Cable Company<br>20 Bradley Park Road<br>East Granby, CT 06062 | *<br>*<br>*<br>*<br>*<br>* |
| and | *<br>* |
| Union Carbide Chemical & Plastics Co., Inc.<br>f/k/a Union Carbide Corporation<br>c/o Joan Murphy, Paralegal<br>Kelley, Drye & Warren<br>101 Park Avenue, 32nd Floor<br>NY, NY 10178-0002 | *<br>*<br>*<br>*<br>*<br>*<br>* |
| and | *<br>* |
| Uniroyal, Inc.<br>70 Great Hill Road<br>Naugatuck, Connecticut 06770 | *<br>*<br>*<br>* |
| and | *<br>* |
| Universal Refractories, Inc.<br>915 Clyde Street<br>Wampum, PA 16157 | *<br>*<br>*<br>* |
| Defendants. | * |

## SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL

Barbara J. Harry, Executrix for the Estate of Robert L. Harry, and as surviving spouse, through their attorneys, sue the Defendants captioned above and hereby adopt and incorporate all

relevant portions of the Master Complaint and by reference the causes of action and paragraphs set forth in the Master Complaint as follows: Steel Master File No. C0048AB200000002.

**INTRODUCTION** - Paragraphs 1-7;

1. **COUNT ONE - STRICT LIABILITY** - Paragraphs 1-3, 4-8, 9-A, 10-A and 11;

2. **COUNT TWO - BREACH OF WARRANTY** - Paragraphs 12, 13 and 14;

3. **COUNT THREE - NEGLIGENCE** - Paragraphs 15, 16, 17, 18 and 19;

4. **COUNT FOUR - FRAUD** - Paragraphs 20, 21, 22, 23, 24 and 25;

5. **COUNT FIVE - CONSPIRACY** - Paragraphs 26-30

6. **COUNT SIX - LOSS OF CONSORTIUM** - Paragraphs 31-34;

7. **COUNT SEVEN - WRONGFUL DEATH** - Paragraphs 35-42

## ADDITIONAL INFORMATION
## SHORT FORM COMPLAINT

The following information is provided pursuant to Master Procedural Order No. 1, entered by the Court on December 29, 1999;

8. Plaintiff, Barbara J. Harry, Executrix for the Estate of Robert L. Harry, Date of Birth, 9/10/37, Date of Death, 6/6/01, SS# 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, and, Barbara J. Harry, as surviving spouse, is an adult who resides at 440 W. Washington Street, Slatington, Pennsylvania 18080.

9. Plaintiff's Decedent sustained an asbestos related injury and was diagnosed with lung cancer on or about April 10, 2001 and asbestosis on or about June 3, 2001 and suffered with same until his death on June 6, 2001 as a result.

10. Plaintiffs Decedent's time period of exposure to asbestos dust and fibers was from approximately (see attached Exhibit No. 1). Plaintiff's Decedent was employed as a (see attached Exhibit No. 1) during this period of time.

11. Plaintiff's Decedent was employed by (see attached Exhibit No. 1) and worked at the following locations: (See attached Exhibit No. 1)

12. Plaintiff claims no wage loss at this time.

13. Plaintiff's Personal Representative, Barbara J. Harry, is qualified under 42 Pa.C.S.A.§8301(b). Plaintiff is the spouse of the Decedent, and was granted letters by the Register of Wills, Lehigh County, Pennsylvania on August 28, 2001.

14. This action is brought in behalf of the following persons who are entitled to recover damages:

|    | Name | Relationship | Address |
|----|------|--------------|---------|
| 1. | Barbara J. Harry | Wife | 440 W. Washington Street Slatington, Pa. 18080 |
| 2. | Barbara Ann Halkias | Daughter | 235 Fifth Street Slatington, Pa. 18080 |

## DEMAND FOR JURY TRIAL

Plaintiff elects to have her case tried before a jury.

LAW OFFICES OF PETER G. ANGELOS, P.C.

By: _____
George A. Weber, III
I.D.#75162
Alan S. Battisti
I.D.#59053
Attorneys for Plaintiffs

## EXHIBIT NO. 1

| YEAR | EMPLOYER | JOB DUTIES |
| --- | --- | --- |
| 1957-1961 | Chiles & Sullivan<br>Whitehall, Pa. | Construction Worker |
| 1963-1966 | Bethlehem Steel<br>Bethlehem, Pa. | Steelworker/Laborer |
| 1966-1991 | Exide Battery<br>Allentown, Pa. | Charging Department |
| 1990-2001 | Americold Logistics<br>Fogelsville, Pa. | Warehouseman |